Form clkcert

226 West Second Street
Flint, MI 48502

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **17−32126−dof**
Chapter: 7

In Re: (NAME OF DEBTOR(S))
  Joy Karen Floyd
  1419 W. Stewart Avenue
  Flint, MI 48504

Social Security No.:
  xxx−xx−1456

Employer's Tax I.D. No.:

## CLERK'S CERTIFICATION OF THE RECORD

I hereby certify that as of this date and to the best of my knowledge:

(1) The documents listed on the docket sheet are in the case file in the custody of the Clerk.

(2) The claims register lists the claims filed with Court.

(3) The docket sheet and claims register are available for review through PACER.

(4) The following Court costs are due and owing:

  a) Reopening/conversion fee $ 260.00

  b) 0 Complaint(s) for a total of $ 0.00

  c) 0 Appeal(s) for a total of $ 0.00

  d) 0 Motion(s) to Sell Property Free and Clear of Liens Under 11 U.S.C. § 363(f) for a total of $ 0.00

Dated: 8/30/18

BY THE COURT

Katherine B. Gullo , Clerk of Court
UNITED STATES BANKRUPTCY COURT

```
                          United States Bankruptcy Court
                          Eastern District of Michigan
In re:                                                              Case No. 17-32126-dof
Joy Karen Floyd                                                     Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0645-4          User: kmcgr              Page 1 of 1          Date Rcvd: Aug 30, 2018
                              Form ID: clkcert         Total Noticed: 0
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust             Daniel M. McDermott
                                                                        TOTALS: 1, * 0, ## 0
```

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2018 at the address(es) listed below:
              Collene K. Corcoran    trusteecorcoran@gmail.com,   ckc@trustesolutions.net
                                                                                     TOTAL: 1