UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: § Case No. 17-32126-DOF
§
JOY KAREN FLOYD §
§
§
Debtor(s) §

**AMENDED NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (Amended NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Collene K. Corcoran, trustee of the above styled estate, has filed an Amended Final Report **to allow for the Court's Chapter 7 Filing Fee as an administrative expense pursuant to the December 15, 2017 Order Holding Court's Order to Show Cause for Failure to Pay Filing Fee in Abeyance and Determining Case Shall Remain Open Pending Chapter 7 Trustee's Pleading and the Amended Clerk's Certification dated October 4, 2018** and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    226 West Second Street, Flint, MI 48502

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated: _____ By: /s/ Collene K. Corcoran
                                                         Trustee

Collene K. Corcoran
P.O. Box 535
Oxford, MI 48371

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: § Case No. 17-32126-DOF
§
JOY KAREN FLOYD §
§
§
Debtor(s) §

## AMENDED SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $6,616.00
*and approved disbursements of* $5,500.00
*leaving a balance on hand of[1]:* $1,116.00

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $1,116.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Collene K. Corcoran, Trustee Fees | $279.00 | $0.00 | $279.00 |
| Collene K. Corcoran, Trustee Expenses | $30.00 | $0.00 | $30.00 |
| US BANKRUPTCY COURT, Clerk of the Court Costs – Reopening Fee | $260.00 | $0.00 | $260.00 |
| Other: US BANKRUPTCY COURT, Clerk of the Court Costs - Chapter 7 Filing Fee per Order dated 12/15/17 – docket # 31 | $335.00 | $0.00 | $335.00 |

Total to be paid for chapter 7 administrative expenses: $904.00
Remaining balance: $212.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|  |  |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $212.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $212.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $23,275.97 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | CONSUMERS ENERGY COMPANY | $868.31 | $0.00 | $7.91 |
| 2 | Keesler Federal Credit Union | $11.99 | $0.00 | $0.11* |
| 3 | Keesler Federal Credit Union | $2,081.52 | $0.00 | $18.96 |
| 4 | Navient Solutions, LLC on behalf of | $19,183.11 | $0.00 | $174.72 |
| 5 | T Mobile/T-Mobile USA Inc | $1,131.04 | $0.00 | $10.30 |

*Under FRBP 3010, all dividends of less than $5.00 will be turned over to the clerk of the bankruptcy court and not sent to the creditor.*

|  |  |
|---|---:|
| Total to be paid to timely general unsecured claims: | $212.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ Collene K. Corcoran
　　　　　　　　Trustee

Collene K. Corcoran
P.O. Box 535
Oxford, MI 48371

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                                United States Bankruptcy Court
                                Eastern District of Michigan
In re:                                                                                  Case No. 17-32126-dof
Joy Karen Floyd                                                                         Chapter 7
           Debtor                      CERTIFICATE OF NOTICE
District/off: 0645-4          User: jlask                  Page 1 of 2                  Date Rcvd: Oct 16, 2018
                              Form ID: pdf02               Total Noticed: 53


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2018.
db             +Joy Karen Floyd,    1419 W. Stewart Avenue,    Flint, MI 48504-3580
24996540       +ACCOUNT SERVICE,    1802 NE LOOP 410 STE 400,    SAN ANTONIO, TX 78217-5298
24996578       +ARBOR KNOLL APARTMENTS,    100 ARBOR KNOLL BOULEVARD,    ANTIOCH, TN 37013-5358
24996563      ++ATMOS ENERGY,    P O BOX 650205,   DALLAS TX 75265-0205
                (address filed with court: ATMOS ENERGY CORPORATION,     PO BOX 619785,    DALLAS, TX 75261)
24996539       +CB SOUTH,    4621 W NAPOLEON STE 205,    METAIRIE, LA 70001-2482
24996545       +CBM COLLECTION,    300 RODD ST STE 202,    MIDLAND, MI 48640-6599
24996572       +CLARITY SERVICES INC,    PO BOX 5717,    CLEARWATER, FL 33758-5717
24996568      ++COMCAST,    41112 CONCEPT DR,   PLYMOUTH MI 48170-4253
                (address filed with court: COMCAST CABLE,    PO BOX 3005,    SOUTHEASTERN, PA 19398)
24996556       +DIRECT GENERAL INS AGENCY,    PO BOX 1996,    MEMPHIS, TN 38101-1996
24996549       +ECMC,   111 WASHINGTON AVE STE 1400,     MINNEAPOLIS, MN 55401-6800
24996553       +EMS EMERGENCY TRANSPORT NASHVILLE,     P.O. BOX 305172 DEPT 14,    NASHVILLE, TN 37230-5172
24996577       +EQUIFAX,    P.O. BOX 105873,   ATLANTA, GA 30348-5873
24996575       +EXPERIAN,    P.O. BOX 4500,   ALLEN, TX 75013-1311
24996538       +FCO,   12304 BALTIMORE AVE STE E,     BELTSVILLE, MD 20705-1314
24996560       +HIGHLIGHTS FOR CHILDREN,    PO BOX 6381,    HARLAN, lA 51593-1881
24996558       +LALLIE KEMP REGIONAL MED CTR,    PO BOX 62600 DEPT 1537,     NEW ORLEANS, LA 70162-2600
24996579       +MCLAREN HOSPITAL,    401 S BALLENGER HWY,    FLINT, MI 48532-3638
24996581       +MERCHANTS AND MEDICAL,    6324 TAYLOR DRIVE,    FLINT, MI 48507-4685
24996552      ++NASHVILLE FIRE DEPARTMENT,    PO BOX 196332,    NASHVILLE TN 37219-6332
                (address filed with court: NASHVILLE FIRE DEPARTMENT,     P.O. BOX 196332,    NASHVILLE, TN 37219)
24996583       +PEOPLES BANK,    19 COURTHOUSE SQ.,    BYRDSTOWN, TN 38549-2253
24996541       +RECEIVABLE RECOV,    110 VETERANS MEMORIAL BV STE 445,     METAIRIE, LA 70005-4931
24996582       +REGIONAL MEDICAL IMAGING,    3346 LENNON RD, STE 2,    FLINT, MI 48507-1082
24996584       +REGIONS BANK,    P.O. BOX 2527,   MOBILE, AL 36652-2527
24996542       +ROB REG YNG,    446 JAMES ROBERTSON PKWY STE 200,    NASHVILLE, TN 37219-1533
24996561       +ROSSMAN & COMPANY,    PO BOX 29917,    COLUMBUS, OH 43229-7517
24996571      ++T MOBILE,    C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
                (address filed with court: TMOBILE,    PO BOX 53410,    BELLEVUE, WA 98015)
24996562       +TIME WARNER CABLE-TEX RESIDENT,    3347 PLATT SPRINGS RD.,     WEST COLUMBIA, SC 29170-2203
24996576        TRANSUNION,    P.O. BOX 1000,   CHESTER, PA 19022
24996573       +VERITEC SOLUTIONS,    9428 BAYMEADOWS RD STE 600,    JACKSONVILLE, FLORIDA 32256-7924

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
24996564       +Fax: 864-336-7400 Oct 17 2018 00:17:26     ADVANCE AMERICA,    135 NORTH CHURCH STREET,
                 SPARTANBURG SC 29306-5138
24996565       +Fax: 864-336-7400 Oct 17 2018 00:17:26     ADVANCE AMERICA,    3316 S DORT HWY #3,
                 FLINT, MI 48507-5270
24996566       +Fax: 864-336-7400 Oct 17 2018 00:17:26     ADVANCE AMERICA,    G-3312 MILLER RD STE A,
                 FLINT, MI 48507-1371
24996557       +E-mail/Text: bankruptcy@arserv.com Oct 16 2018 23:04:45      ARMSTRONG AND ASSOCIATES,
                 PO BOX 1787,   MOBILE, AL 36633-1787
24996569       +E-mail/Text: g17768@att.com Oct 16 2018 23:04:51     AT&T BANKRUPTCY,    PO BOX 769,
                 ARLINGTON, TX 76004-0769
24996585       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 16 2018 23:12:38      CAPITAL ONE,
                 ATTN: GENERAL CORRESPONDENCE,   PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
24996574       +Fax: 602-659-2196 Oct 16 2018 23:47:20     CHEX SYSTEMS INC,    ATTN.: CONSUMER RELATIONS,
                 7805 HUDSON RD STE 100,    WOODBURY, MN 55125-1703
24996580        E-mail/Text: atrujillo@cityofflint.com Oct 16 2018 23:06:28      CITY OF FLINT,
                 WATER DEPARTMENT,    1101 S SAGINAW STREET,    FLINT, MI 48502
24996570       +E-mail/Text: bankruptcy_notices@cmsenergy.com Oct 16 2018 23:06:00      CONSUMER ENERGY,
                 ONE ENERGY PLAZA,    JACKSON, MI 49201-2357
25369033       +E-mail/Text: bankruptcy_notices@cmsenergy.com Oct 16 2018 23:06:00      CONSUMERS ENERGY COMPANY,
                 Attn: Legal Dept,    One Energy Plaza,    Jackson, MI 49201-2357
24996554        E-mail/Text: bankruptcy@cottonwoodfinancial.com Oct 16 2018 23:04:59      THE CASH STORE,
                 3865 LAPEER RD STE 106A,    FLINT, MI 48503
24996544       +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 16 2018 23:07:00      CREDIT COLL,
                 PO BOX 607,   NORWOOD, MA 02062-0607
24996537       +E-mail/PDF: pa_dc_ed@navient.com Oct 16 2018 23:13:17     DEPARTMENT OF ED/NA VIENT,
                 PO BOX 9635,   WILKES BARRE, PA 18773-9635
24996550       +E-mail/Text: electronicbkydocs@nelnet.net Oct 16 2018 23:05:36      DEPT OF ED/NELNET,
                 3015 PARKERRD STE400,    AURORA, CO 80014-2904
24996543       +E-mail/Text: bankruptcies@foxcollecent.com Oct 16 2018 23:05:24      FOXCOLLECENT,    PO BOX 528,
                 GOODLETTSVILLE. TN 37070-0528
24996546       +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Oct 16 2018 23:07:16
                 JH PORT DEBT,    5757 PHANTOM DR STE 225,    HAZEL WOOD, MO 63042-2429
24996547       +E-mail/Text: melissa.martin@kfcu.org Oct 16 2018 23:05:04      KESSLER FCU,    PO BOX 7001,
                 BILOXI, MS 39534-7001
25388509       +E-mail/Text: melissa.martin@kfcu.org Oct 16 2018 23:05:04      Keesler Federal Credit Union,
                 PO Box 7001,   Biloxi, MS 39534-7001
25416357        E-mail/PDF: pa_dc_claims@navient.com Oct 16 2018 23:12:40
                 Navient Solutions, LLC on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
```

17-32126-dof    Doc 65    Filed 10/18/18    Entered 10/19/18 00:56:26    Page 5 of 6

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
24996559      +E-mail/Text: bkrpt@retrievalmasters.com Oct 16 2018 23:05:26      RMCB COLLECTION AGENCY,
               4 WESTCHESTER PLAZA SUITE 110,    ELMSFORD, NY 10523-3835
24996567       E-mail/Text: appebnmailbox@sprint.com Oct 16 2018 23:05:21      SPRINT,
               ATTN.: LEGAL DEPARTMENT,    2001 EDMUND HALLEY DR,    RESTON, VA 20191
25455871       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 16 2018 23:14:02      T Mobile/T-Mobile USA Inc,
               by American InfoSource LP as agent,    PO Box 248848,    Oklahoma City, OK  73124-8848
24996548      +E-mail/PDF: bk@worldacceptance.com Oct 16 2018 23:13:18      WFC,    PO BOX 6429,
               GREENVILLE, SC 29606-6429
24996551       E-mail/PDF: bk@worldacceptance.com Oct 16 2018 23:12:41      WORLD FINANCE CORPORATION OF TN,
               108 FREDERICK ST,    GREENVILLE, SC 29607-2532
                                                                                             TOTAL: 24

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust            Daniel M. McDermott
24996555*     ++T MOBILE,    C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
               (address filed with court:  TMOBILE,     PO BOX 660252,    DALLAS, TX 75266)
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 15, 2018 at the address(es) listed below:
              Collene K. Corcoran    trusteecorcoran@gmail.com, ckc@trustesolutions.net
                                                                                             TOTAL: 1